Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON; CARPENTERS RETIREMENT TRUST OF WESTERN WASHINGTON; CARPENTERS-EMPLOYERS VACATION TRUST OF WESTERN WASHINGTON; and CARPENTERS-EMPLOYERS APPRENTICESHIP AND TRAINING TRUST OF WESTERN WASHINGTON, <br><br> Plaintiffs, <br> v. <br><br> UNIVERSAL BUILDING SYSTEMS, LLC, a Washington limited liability company; and BRANDON LORENZ, an individual, <br><br> Defendants. | Case No. 2:18-cv-00989 JLR <br><br> ORDER ON CARPENTERS TRUSTS' AMENDED MOTION FOR ENTRY OF DEFAULT JUDGMENT |

This matter is before the Court on the motion of Plaintiffs, commonly known as the Carpenters Trusts of Western Washington, for entry of default judgment against defendant Universal Building Systems, LLC. The Court has considered the motion, supporting papers with exhibits, as well as the pleadings, court files, and records in this matter.

The Court, being otherwise generally advised, ORDERS:

1. The Carpenters Trusts' motion for entry of default judgment is GRANTED;

ORDER ON CARPENTERS TRUSTS' AMENDED MOTION FOR
ENTRY OF DEFAULT JUDGMENT – 1
2:18-cv-00989 JLR

1700 019 tl111904

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900

2. The Court finds that defendant Universal Building Systems, LLC is liable to the Carpenters Trusts under the provisions of the collective bargaining and trust agreements that govern the relationship in this matter;

3. The Court finds that defendant Universal Building Systems, LLC is liable to the Carpenters Trusts for $14,782.72, consisting of $5,792.20 in liquidated damages for the period ~~January 1, 2015 through March 31, 2016, $2,164.08 in liquidated damages plus $8,038.22~~ [March 1, 2017, through April 30, 2017, and $8,990.52] in accrued interest from the contributions' due date to the ~~date of the original hearing~~ [noting date of the original motion] in this matter, November 16, 2018;

4. The Court finds that defendant Universal Building Systems, LLC is liable to the Carpenters Trusts for $4,337.50 in attorney fees under 29 U.S.C §1132(g)(2)(D), and $1,243.90 in costs directly related to this action;

5. This judgment shall bear interest at the 12 percent, per annum rate specified in the applicable trust agreements from the date of this judgment until paid in full, as allowed under 29 U.S.C. § 1132(g)(2); and

6. The Clerk of Court is directed to enter judgment against defendant Universal Building Systems, LLC consistent with this order.

Dated: ~~December ___, 2018.~~ January 4, 2019.

_____
Honorable James L. Robart
United States District Judge

ORDER ON CARPENTERS TRUSTS' AMENDED MOTION FOR
ENTRY OF DEFAULT JUDGMENT – 2
2:18-cv-00989 JLR

1700 019 tl111904

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVENUE, SUITE 910
SEATTLE, WA 98101
(206) 224-9900