# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CARPENTERS HEALTH AND SECURITY TRUST OF WESTERN WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNIVERSAL BUILDING SYSTEMS, LLC, et al., <br><br> Defendants. | JUDGMENT IN A CIVIL CASE <br><br> CASE NO. C18-0989JLR |

\_\_\_  **Jury Verdict**.  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**_X_**  **Decision by Court**.  This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' Amended Motion for Default Judgment (Dkt. # 14) is GRANTED and judgment is entered in favor of Carpenters Health and Security Trust of Western Washington, Carpenters Retirement Trust of Western Washington, Carpenters-Employers Vacation Trust of Western Washington, and Carpenters-Employers Apprenticeship and

//

//

Training Trust of Western Washington, and against Defendant Universal Building Systems, LLC.

Filed this 7th day of January, 2019.

                          WILLIAM M. MCCOOL
                          Clerk of Court

                          s/ Ashleigh Drecktrah
                          Deputy Clerk